UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-mj-03049 Louis

UNITED STATES OF AMERICA

vs.

JUSTIN DALE SIGMON,

    Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

BY:    */s/ Lauren A. Astigarraga*
        LAUREN A. ASTIGARRAGA
        Assistant United States Attorney
        Fla. Bar No. 119473
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9105
        Email: Lauren.Astigarraga@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:23-mj-03049 Louis |
| JUSTIN DALE SIGMON, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 26, 2023__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2244(a)(5) | Abusive Sexual Contact of a Minor Under 12. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Jacqueline Valdes, Special Agent FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __FaceTime.__

Date: __May 30 2023__

*Judge's signature*

City and state: __Miami, Florida__    Hon. Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacqueline Valdes, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), having been so employed since March 2018. I am currently assigned to the Extra-Territorial Violent Crimes Squad of the FBI's Miami Division. As a Special Agent with the FBI, I have received general law enforcement training, and I have been personally involved in investigations concerning a variety of violations of federal offenses, including international violent crime, health care fraud, wire fraud, money laundering, diversion of opioids, bank robbery, and other violations of federal law.

2. This affidavit is submitted in support of a criminal complaint charging Justin Dale Sigmon ("SIGMON") with abusive sexual contact of a minor under twelve, in violation of Title 18, United States Code, Section 2244(a)(5). SIGMON is a citizen of the United States of America.

3. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation. This affidavit does not include every fact known to me about this investigation, but rather includes only those facts sufficient to establish probable cause.

### STATUTORY AUTHORITY

4. Title 18, United States Code, Section 2244, makes it a federal crime for anyone, within the special maritime and territorial jurisdiction of the United States of America, to knowingly engage or attempt to engage in sexual contact with a person who has not attained twelve years of age. The term "sexual contact," means the intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an

intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person. 18 U.S.C. § 2246(3).

## FACTUAL BACKGROUND

5. The "Carnival Sunrise" is a cruise ship owned by Carnival Cruise Lines and is registered in the Bahamas. The ship departed from the Port of Miami, located in Miami-Dade County, Florida, on or about May 25, 2023, was at sea on or about May 26, 2023, and sailed to Half Moon Cay, Bahamas, on or about May 27, 2023, and then sailed to Nassau, Bahamas, on or about May 28, 2023. The ship then returned to the Port of Miami, on or about May 29, 2023. At all times relevant to this investigation, the Carnival Sunrise was a foreign vessel traveling in the special maritime and territorial jurisdiction of the United States of America.

6. SIGMON was a passenger aboard the Carnival Sunrise along with his family.

7. On or about May 26, 2023, SIGMON and his family were in the dining room of the ship waiting for dinner to be served, when a good Samaritan ("Witness 1") observed SIGMON molesting his nine-year-old female relative ("Minor Victim"), who is also a United States citizen. Witness 1 was seated at the table directly adjacent to the table that SIGMON was seated and had a clear and unobstructed view of the incident. Specifically, Witness 1 indicated that she observed Minor Victim seated on SIGMON's lap for approximately ten minutes and SIGMON was rubbing Minor Victim's upper and inner thighs and moving towards her "private area" with his right hand. Witness 1 was concerned by the conduct and began to take a video recording of the incident. The incident was also video recorded on ship surveillance cameras located in the dining room.

8. The recordings depict SIGMON rubbing Minor Victim's upper and inner thighs underneath the skirt of her dress towards her vaginal and buttocks area. During several points of the touching, Minor Victim pushed SIGMON's hand away. Despite these efforts, SIGMON

continued to touch Minor Victim's upper and inner thighs. At another point of the touching, the Minor Victim, who initially was seated with her legs uncrossed, crossed her legs to close off the area of her groin and SIGMON then proceeded to place his hand and finger in between Minor Victim's thighs in an attempt to gain access and continue to touch the area. Minor Victim eventually got off SIGMON's lap and sat in her own seat. Immediately after Minor Victim got off of his lap, SIGMON placed both of his hands over his crotch area for an extended period of time, concealing the area from public view.

9. A forensic interviewer interviewed Minor Victim. When asked about the incident that occurred in the dining room, Minor Victim told the forensic interviewer that SIGMON did not touch her private area and was touching her legs, below the area of her knee and closer to her ankle, and later identified specifically her calf. Minor Victim also told the forensic interviewer that SIGMON did not touch her under her clothing. The recordings directly refute Minor Victim's rendition of events that SIGMON touched only the areas below her knee or solely her calf and that SIGMON did not touch her underneath the skirt of her dress.

10. SIGMON consented to an interview with law enforcement, which was not recorded. SIGMON told law enforcement that he understood that the touching could be perceived as "inappropriate," but claimed that it was not intended to be "sexual." SIGMON stated that if another man touched his daughter in the same way he would have "punched him in the face." SIGMON also stated that he was covering his crotch area immediately following the touching because he was "cold," and denied being aroused by the incident.

3

## CONCLUSION

11.     Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging SIGMON with abusive sexual contact of a minor under twelve, in violation of Title 18, United States Code, Section 2244(a)(5).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

JACQUELINE VALDES
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Face Time this  30  day of May, 2023, at Miami, Florida.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

4