Per Local Rule 5.4(d). the matter(s) shall remain sealed.

\_\_\_\_ years:\_\_\_\_ (specific date);
\_\_\_\_ permanently: \_\_\_\_ (other).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-03049-LFL

\_\_ SEALED

\_\_ NOT SEALED

UNITED STATES OF AMERICA

v.

JUSTIN DALE SIGMON,

      Defendant.
_____/

### ORDER ON GOVERNMENT'S MOTION TO FILE UNDER SEAL

**THIS CAUSE** came before the Court upon the government's Motion to File Objections Under Seal and being fully advised in the premises, it is

**ORDERED** that the Motion to Seal is **GRANTED**. Accordingly, the government's Detention Exhibits, which have been filed conventionally, are **SEALED** and shall remain sealed until the conclusion of this case and shall thereafter be destroyed by the Clerk.

**DONE AND ORDERED** at Miami, Florida this _____ day of June, 2023.

 

LAUREN F. LOUIS
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record